IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ERICIA WISDOM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-CV-00207-HAB-SLC |
| TRI-STATE MEDICAL GROUP, LLC, | ) ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties, by counsel, and hereby stipulate and agree that the within action is dismissed with prejudice.

| CHRISTOPHER C. MYERS & ASSOCIATES | BARRETT MCNAGNY LLP |
|---|---|
| By: */s/ Christopher C Myers* <br> Christopher C. Myers, Esq. <br> 809 South Calhoun Street, Suite 400 <br> Fort Wayne, IN 46802 <br> cmyers@myers-law.com <br> Attorney for Plaintiff | By: */s/ H. Joseph Cohen* <br> H. Joseph Cohen, #19303-02 <br> 215 E. Berry Street <br> Fort Wayne, IN 46802 <br> Telephone: (260) 423-9551 <br> hjc@barrettlaw.com <br> Attorney for Tri-State Medical Group, LLC |

2645531